IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELICIA W., | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:17-CV-2649-D |
| NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, performing the duties and functions not reserved to the Commissioner of Social Security, | § § § § § § § | |
| Defendant. | § § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case and of the June 13, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

Accordingly, defendant Nancy A. Berryhill's motion to dismiss [Dkt. No. 15] is granted in part and denied in part, and plaintiff Felicia W.'s claim for disability insurance benefits is dismissed without prejudice.

Plaintiff Felicia W.'s motion for remand and motion to seal record [dkt. No. 18] are granted, and this case is remanded to the Commissioner of Social Security to adjudicate plaintiff's application for supplemental security income and issue a written determination.

**SO ORDERED**.

July 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE